UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:  09-CV-61879-Cohn-Seltzer

KEVIN G. LEWIS,

    Plaintiff,

v.

SIMM ASSOCIATES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 5] ("Notice").  The Court has reviewed the Notice and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that all claims in the above-captioned action are **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  It is further

**ORDERED AND ADJUDGED** that all pending motions are **DENIED** as moot. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12th day of January, 2010.

_____
JAMES I. COHN
United States District Judge

Copies provided to counsel of record.